RECEIVED
IN MONROE, LA

FEB 22 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | | |
|---|---|---|
| YUANZHONG XIAO | * | CIVIL ACTION NO. 05-1865 |
| VERSUS | * | JUDGE JAMES |
| ALBERTO GONZALEZ, ET AL | * | MAGISTRATE JUDGE HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Document No. 1) be **DISMISSED without prejudice as Moot.**

THUS DONE AND SIGNED this 22 day of February, 2006, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION